COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-155-CV

PAUL EARL DORSEY APPELLANT

V.

T.D.C.J. - INSTITUTIONAL APPELLEES

DIVISION, ET AL.

----------

FROM THE 78
TH
 DISTRICT COURT OF WICHITA COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellant Dorsey’s Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
TEX. R. APP. P. 42.1(a)(1), 43.2(f).

PER CURIAM 

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

          DELIVERED: September 18, 2003 

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.